# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| ANTHONY L. DEROSA, | Civil No. 09-1254 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| DOBBS TEMPORARY SERVICES INC., | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

___

Cory Hample and Jonathan Drewes, **DREWES LAW, PLLC**, 1516 West Lake Street, Suite 400, Minneapolis, MN 55408; Charles Jones, **MEAGHER & GEER, PLLP**, 22 South Sixth Street, Suite 4400, Minneapolis, MN 55402, for plaintiff.


Based upon the Stipulation for Dismissal with Prejudice filed by the parties on August 31, 2009 [Docket No. 7], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: September 4, 2009
at Minneapolis, Minnesota.
                                                                            s/John R. Tunheim
                                                                           JOHN R. TUNHEIM
                                                         United States District Judge